■ In the Matter of the Arbitration between KEMIKALIJA, IMPORT-EXPORT, Respondent, and ASSOCIATED METALS & MINERALS CORPORATION, Appellant.— Order, entered on August 10, 1962, unanimously affirmed, with $20 costs and disbursements to petitioner-respondent. No opinion. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.